# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ROBERT ANDREW REED, | : | CIVIL ACTION |
| Petitioner | : | |
| | : | |
| v. | : | NO. 19-2355 |
| | : | |
| SEAN MARLER, WARDEN, *et al.,* | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this 25th day of October 2019, upon considering Robert Andrew Reed's Petition for *habeas* relief under 28 U.S.C. § 2241 (ECF Doc. No. 2), the Commonwealth's Response (ECF Doc. No. 19), and for reasons in the accompanying memorandum, it is **ORDERED:**

1. Mr. Reed's Petition for *habeas* relief (ECF Doc. No. 2) is **DENIED** as we lack jurisdiction;

2. We decline to issue a certificate of appealability as Mr. Reed has neither shown denial of a federal constitutional right, nor has he established reasonable jurists would disagree with our findings as to a lack of jurisdiction requiring we find no probable cause to issue a certificate of appealability; and,

3. The Clerk of Court shall **close** this case.

KEARNEY, J.